**Hilda Ndip Ashu TABOT, Petitioner**

v.

**Loretta LYNCH, U.S. Attorney General, Respondent.**

No. 14–60478

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

June 1, 2015.

William Mark Stevens, Schein Calixto Stevens, P.L.L.C., Dallas, TX, for Petitioner.

David Harding Wetmore, Tangerlia Cox, U.S. Department of Justice, Washington, DC, for Respondent.

Before SMITH, WIENER, and ELROD, Circuit Judges.

PER CURIAM: *

Hilda Ndip Ashu Tabot, a native and citizen of Cameroon, petitions for review of the Board of Immigration Appeals' (BIA) decision denying her motion to reopen. Tabot challenges the Immigration Judge's (IJ) denial of her applications for asylum, withholding of removal, and protection under the Convention Against Torture based on the IJ's adverse credibility finding and the BIA's affirmance of that finding.

Tabot has briefed only her challenge to the IJ's decision and the BIA's December 18, 2013, affirmance of that decision. Be-

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

cause, however, Tabot did not file a petition for review from the BIA's December 18, 2013, decision, that decision is not before the court. _See Stone v. INS_, 514 U.S. 386, 394, 401–06, 115 S.Ct. 1537, 131 L.Ed.2d 465 (1995); 8 U.S.C. § 1252(b)(1); _Navarro–Miranda v. Ashcroft_, 330 F.3d 672, 676 (5th Cir.2003). Moreover, Tabot has abandoned any challenge to the BIA's denial of her motion to reopen by failing to brief the issue sufficiently. _See_ FED. R.APP. P. 28(a)(8)(A); _Soadjede v. Ashcroft_, 324 F.3d 830, 833 (5th Cir.2003). Accordingly, Tabot has waived her claim for relief. _See Soadjede_, 324 F.3d at 833.

Tabot's petition for review is DENIED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.